CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Edmundo Alberto Garcia-Rodriguez**<br>DOB: 1991; Mexican Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br><br>20-08759MJ |

Complaint for violation of Title 18, United States Code, Section 554(a)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about April 28, 2019, in the District of Arizona, Edmundo Alberto Garcia-Rodriguez knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: five AR-style upper receivers, five AR-style lower receivers, five AR-style barrels, five AR-style buffer tubes, five trigger component kits, five AR-style pistol grips, and one Beretta 9mm pistol; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On April 28, 2019, in Phoenix, Arizona, Edmundo Alberto Garcia-Rodriguez attended a gun show at which he and an associate acquired five AR-style upper receivers, five AR-style lower receivers, five AR-style barrels, five AR-style buffer tubes, five trigger component kits, five AR-style pistol grips, and one Beretta 9mm pistol. Garcia-Rodriguez placed these items into a box, which he then placed inside a vehicle, and he and the associate traveled in the vehicle to Nogales, Arizona. While in Nogales, Garcia-Rodriguez transferred the box containing the firearms, firearm parts, and firearm components to a second associate. This second associate placed the box inside a second vehicle and attempted to exit the United States and enter Mexico through the Port of Entry in Nogales. Agents searched the vehicle and found the five AR-style upper receivers, five AR-style lower receivers, five AR-style barrels, five AR-style buffer tubes, five trigger component kits, five AR-style pistol grips, and one Beretta 9mm pistol inside the box provided by Garcia-Rodriguez.

Garcia-Rodriguez acquired, concealed, transported, and transferred the firearms, firearm parts, and firearm components with the knowledge that the second associate would attempt to smuggle them into Mexico, and with the intent that they be smuggled into Mexico.

At the time of the offense, the five AR-style upper receivers, five AR-style lower receivers, five AR-style barrels, five AR-style buffer tubes, five trigger component kits, five AR-style pistol grips, and one Beretta 9mm pistol qualified as United States Munitions List items, and therefore were prohibited by law for export from the United States into Mexico without a valid license. Neither Garcia-Rodriguez nor any other individual had a license or any other lawful authority to export these firearms, firearm parts, and firearm components from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT |
|---|---|
| AUTHORIZED AUSA *Angela W. Wooldridge* | OFFICIAL TITLE<br>HSI Special Agent Bryan Del Villar |
| Sworn by telephone _x_ | I hereby attest and certify on _____<br>that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody. |
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>July 13, 2020 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54.